MICHELE BECKWITH
Acting United States Attorney
KRISTIN F. SCOTT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Apr 16, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>INFORMATION ASSOCIATED WITH TWITTER ACOUNT "FOREVERYOUNG28 @FOREVERYOUNG283" THAT IS STORED AT PREMISES CONTROLLED BY TWITTER | CASE NO.:<br><br>2:22-SW-0114-KJN<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND RELATED FILINGS |

Upon application of the United States of America for an order authorizing the unsealing of the above-captioned search warrant and accompanying applications, affidavits, and related documents,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, unsealed.

Dated: April 16, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER FOR UNSEALING AND DISCLOSURE
OF SEARCH WARRANT AND AFFIDAVIT